**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| Darine Long, | Case No. 0:08-cv-05214-RHK-FLN |
| Plaintiff, | |
| v. | |
| Legal Mediation Practice, Inc, | **NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a), without prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ James Agosto*
James Agosto
7300 Hudson Blvd., Suite 255
Oakdale, MN 55128
Tel:  866-339-1156
Fax: 312.822.1064
Email: jxa@legalhelpers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2009, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

Legal Mediation Practice, Inc
c/o Duane C Romanello, Registered Agent
1919-8 Blanding Blvd
Jacksonville, FL 32210

*/s/ James Agosto*